UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-099-RSL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RASOUL PRESTON JEWELL, | ) | |
| Defendant. | ) | |

Offense charged:  Felon in Possession of Firearm (two counts)

Date of Detention Hearing:  May 4, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has a lengthy criminal record that includes multiple failures to appear, failures to report, and failures to comply with court orders, including failure to participate in

DETENTION ORDER                                                                                                        15.13
18 U.S.C. § 3142(i)                                                                                                      Rev. 1/91
PAGE 1

chemical dependency treatment. He was terminated from a Drug Court Program in state court.

    (2)    He is not employed, and reports no assets or income.

    (3)    In an incident arising out of a 2005 arrest, he is alleged to have swung at a police officer's head with a closed fist.

    (4)    Defendant poses a risk of nonappearance due to a history of failure to appear and failure to abide by terms of supervision, lack of employment, controlled substance use despite previous treatment, and possible mental health condition. Defendant poses a risk of danger based on alleged controlled substance use, a history of an attempt to assault a police officer, and the nature of the instant charge.

    (5)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>4th</u> day of May, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91